### 1466.　HORN v. MOUND CITY PAINT & COLOR CO.

HILL, C. J.　1. Under the act creating the city court of Bainbridge (Acts 1900, p. 112, sec. 36), the judge has the discretion, in a proper case, to open a default and allow a plea filed. But this default must be opened before final judgment, or, if a final judgment has been rendered in the case, this final judgment must be vacated. *Bass* v. *Doughty,* 5 *Ga. App.* 458 (63 S. E. 516).

2. Where judgment was duly entered by default, and subsequently, during the same term, there was a docket entry as follows: "Default opened on motion June T/ 08," but no order was taken vacating the judgment rendered on the default, this docket entry was not sufficient for that purpose. *Dixon* v. *Minnesota Lumber Co.,* 132 *Ga.* 347 (64 S. E. 71).

3. In a suit on account, where the defendant is in default, the plaintiff is not required to make out his case by proof. Civil Code, § 5078; *Norman v. Great Western Tailoring Co.*, 121 *Ga.* 813 (49 S. E. 782).

*Judgment affirmed.*

Complaint, from city court of Bainbridge—Judge Harrell. October 13, 1908.

Argued December 10, 1908.—Decided May 4, 1909.

*Donalson & Donalson,* for plaintiff in error.

*Ricketson & Hale,* contra.